IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01212-CMA-MEH

ROY MITA,

    Plaintiff,

v.

FUJI BICYCLES/IDEAL BIKE CORPORATION, LTD,
ADVANCED SPORTS, INC.,
BITECH, INC., and
QUEST COMPOSITE TECHNOLOGY CORPORATION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2011.**

    In the interest of justice, Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [filed July 14, 2011; docket #15] is **granted**. The Clerk of the Court is directed to file the First Amended Complaint, found at docket #15-1, and amend the caption accordingly. Defendants shall respond to the First Amended Complaint pursuant to Fed. R. Civ. P. 15(a) and/or other applicable rules.